No. D-2575. IN RE DISCIPLINE OF PONDS. Navron Ponds, of Washington, D. C., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 10M1. WILLS v. CATE, SECRETARY, CALIFORNIA DEPARTMENT OF CORRECTIONS;

No. 10M2. FISCH v. REPUBLIC OF POLAND ET AL.;

No. 10M3. MCCORD v. O'NEILL;

No. 10M4. BEATTY v. KERIVAN;

No. 10M5. TATUM v. WOLFENBARGER, WARDEN;

No. 10M6. MALDONADO-ARCE v. PETERS ET AL.;

No. 10M7. LEE v. FEDERAL BUREAU OF INVESTIGATION ET AL.;

No. 10M8. TAYLOR v. BRITTEN, WARDEN, ET AL.;

No. 10M9. JACKSON v. RANDALLS FOOD & DRUGS, L. P.;

No. 10M10. HALLFORD v. CALIFORNIA CORRECTIONAL PEACE OFFICERS ASSN.;

No. 10M11. NARAYAN v. CITY OF SACRAMENTO, CALIFORNIA, ET AL.;

No. 10M12. VIGLIOTTI v. DALY ET AL.;

No. 10M13. TOWNSEND v. SPARKMAN, SUPERINTENDENT, MISSISSIPPI CORRECTIONAL FACILITY;

No. 10M14. LEWIS v. SHERRY, WARDEN;

No. 10M15. NORWOOD v. ARKANSAS STATE HOSPITAL;

No. 10M18. APPLEBY v. SEIFERT, WARDEN;

No. 10M19. LAURENCE v. ANTEON CORP. ET AL.;

No. 10M20. SMITH v. COOPER, WARDEN;

No. 10M21. DOLLIVER v. UNITED STATES;

No. 10M22. REDFEARN v. CITY OF SATELLITE BEACH, FLORIDA;

No. 10M23. O'BRYAN v. EICHENLAUB, WARDEN;

No. 10M25. CLARK v. NATIONAL CREDIT UNION ADMINISTRATION;

No. 10M27. COTTO v. BONES ET AL.;

No. 10M28. 1568 MONTGOMERY HIGHWAY, INC. v. CITY OF HOOVER, ALABAMA;

No. 10M30. DOWNING v. UNITED STATES;

No. 10M31. JACKMAN v. DEPARTMENT OF JUSTICE ET AL.; and

No. 10M34. WILLIAMS v. RUDOLPH ET AL. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.